# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**      **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12-cv-00807

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel    ☒ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Jones | Christy | D | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 3192   MS | christy.jones@butlersnow.com |

**Party Representing:** Johnson & Johnson and Ethicon, Inc.

| Originating Case Number: 1:12-cv-00589 | Originating District: Maryland |
|---|---|

**Originating Short-Case Style:** Mary Lee Sweeney, et al v. Ethicon, Inc., et al

| Direct Dial Number: 601-985-4523 | Cell Phone Number: 601-942-1172 |
|---|---|
| Secretary Name: Brandy Pitts | Paralegal Name: Diane Wigley |

### LAW FIRM INFORMATION

**Firm Name:** Butler, Snow, O'Mara, Stevens & Cannada, PLLC

**Address:** 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157; P.O. Box 6010, Ridgeland 39158

| City: Ridgeland | State: MS | Zip: 39157;39158 |
|---|---|---|

| Firm Phone Number: 601-948-5711 | Firm Fax Number: 601-985-4500 |
|---|---|

**Other members of firm involved in this litigation:**
William Gage, Kari Sutherland, Laura Dixon

11/27/2012      s/ Christy D. Jones

Date      Electronic Signature